JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE SABINO,<br><br>                     Petitioner,<br><br>         v.<br><br>FERETI SEMAIA et al,<br><br>                    Respondent. | Case No. 5:26-cv-02994-MAR<br><br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Habeas Corpus and Order Immediate Release, **IT IS HEREBY ADJUDGED** this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Irene Sabino (A-Number 246-061-185)** from custody on her prior conditions of release and immediately return any confiscated property or documents. Respondents are **ORDERED** not to re-detain Petitioner without first providing Petitioner with individualized notice describing the change in circumstances necessitating her arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge at which Respondents will bear the burden of proof. Petitioner shall not be detained, prior to being subject to a final order of removal, unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that Petitioner is a flight risk or a danger to the community, and that there are no conditions or combination of

conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community.

Dated: July 1, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge

2